# Cohen & Mizrahi LLP

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

January 13, 2020

JAN 1 3 2020

SO ORDERED

*[signature]* 1/13/20

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

**VIA ECF**
Honorable Judge Nathan
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: <u>*Diaz v. Govberg, LLC.; Case No: 1:19-cv-07851-AJN*</u>

To the Honorable Judge Nathan,

    I represent Plaintiff Edwin Diaz (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for Friday, January 17, 2020 at 3:00 p.m. At this time the undersigned requests that the January 17th conference be adjourned to any day but Friday, as the Office closes early on Fridays in preparation of the Sabbath. Counsel for the Defendant consents to the above motion.

    Thank you for your time and consideration of the above request.

> The initial pretrial conference scheduled for January 17, 2020 is hereby adjourned to January 23, 2020 at 12:45 p.m. A proposed case management plan and joint letter are due no later than seven days before the conference. See Dkt. No. 10.
> SO ORDERED.

Respectfully submitted,

*/S/ Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.