UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edwin Diaz, on behalf of himself and all others similarly situated,

        Plaintiff,

—v—

Govberg, LLC,

        Defendant.

19-cv-7851 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in the above-captioned action is scheduled for January 30, 2020. Dkt. No. 18. The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference, or January 23, 2020. *Id.* The Court has not yet received the required documents. The parties are therefore ordered to submit their case management plan and joint letter no later than 5:00 p.m. on Wednesday, January 29, 2020.

    SO ORDERED.

Dated: January 28, 2020
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge