

LEWIS BRISBOIS BISGAARD & SMITH LLP

[stamp]
Adam E. Collyer
77 Water Street, Suite 2100
New York, New York 10005
Adam.Collyer@lewisbrisbois.com
Direct: 646.783.1723

JAN 2 9 2020

January 28, 2020

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

1/29/20

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

    Re:   *Diaz v. Govberg, LLC*
          <u>Case No. 19-cv-7851 (AJN)</u>

Dear Judge Nathan:

    We are counsel for Defendant in this website accessibility matter. We write today, on behalf of all parties, to advise that the parties have resolved this matter in principle and respectfully request that the Court adjourn the scheduled January 30, 2020 initial conference *sine die*.

    At this point, the parties intend to negotiate and finalize formal language for a settlement agreement, as well as a consent decree for which they will request the Court's review and approval. We expect to be in a position to submit the necessary documents to the Court within the next several weeks.

    We thank the Court for its consideration of this request.

> The initial pretrial conference scheduled for January 30, 2020 is hereby adjourned *sine die*. Within 30 days of the date of this Order, the parties shall either submit a proposed consent decree or provide the Court a status update.
> SO ORDERED.

Respectfully,

/s/ Adam E. Collyer

Adam E. Collyer of
LEWIS BRISBOIS BISGAARD & SMITH LLP

    cc:    Counsel for Plaintiff (via ECF)