USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edwin Diaz, on behalf of himself and all others similarly situated,

               Plaintiff,

                –v–

Govberg, LLC,

               Defendant.

19-cv-7851 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In their February 27, 2020 letter, Dkt. No. 22, the parties informed the Court that they expected to seek dismissal of the above-captioned action with prejudice within 30 days. As of the date of this Order, the parties have not done so. Accordingly, by May 4, 2020, they shall either submit a proposed consent decree or provide the Court with a status update.

    SO ORDERED.

Dated: April 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge